In the Matter of the Arbitration between LIONEL LANE, as President of Endicott. Leather Workers' Union, Local 285, International Fur and Leather Workers' Union of the United States and Canada, C.I.O., Respondent, and ENDICOTT JOHNSON CORPORATION, Appellant.

Argued May 18, 1949; decided July 19, 1949.

*Benjamin Seligman* for appellant.

*Ralph Shapiro* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.